UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| M.C., a minor by and through his parents Pamela Crawford and John Mark Crawford, Plaintiff, v. Dr. Ian Aaronson, Dr. James Amrhein, Dr. Yaw Appiagyei-Dankah, Kim Aydlette, Meredith Williams, Candice "Candi" Davis, Mary Searcy, and Doe #1, Doe #2, and Doe #3, Unknown South Carolina Department of Social Services Employees, Defendants. | C.A. No.: 2:13-cv-01303-DCN *Defendant Dr. James Amrhein's Notice of Appeal* |

Notice is hereby given that Defendant Dr. James Amrhein ("Amrhein"), by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action generally denying (*see* Entry #55 entered on August 22, 2013) Amrhein's Motion to Dismiss (Entry #28) on the specific basis that Amrhein was not entitled to qualified immunity (*see* Entry #56, entered on August 29, 2013).

1

2

        Respectfully submitted,

        HAYNSWORTH SINKLER BOYD, P.A.


        By:    s/J. Ben Alexander
        J. Ben Alexander, S.C. Fed. Bar No. 3252
        Kenneth N. Shaw, S.C. Fed. Bar No. 10413
        PO Box 2048
        Greenville, SC 29602
        (864) 240-3323
        balexander@hsblawfirm.com
        kshaw@hsblawfirm.com
        Attorneys for Defendant Dr. James Amrhein

Greenville, SC
Dated: September 19, 2013