FILED: September 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2178 (L)
(2:13-cv-01303-DCN)

_____

M. C., a minor by and through his parents Pamela Crawford and John Mark Crawford, parental natural guardian Pamela Crawford, parental natural guardian John Mark Crawford

       Plaintiff - Appellee

v.

DR. JAMES AMRHEIN

       Defendant - Appellant

and

DR. IAN AARONSON; DR. YAW APPIAGYEI-DANKAH; KIM AYDLETTE; MEREDITH WILLIAMS; CANDICE DAVIS, a/k/a Candi Davis; MARY SEARCY; DOE 1, Unknown South Carolina Department of Social Services Employee; DOE 2, Unknown South Carolina Department of Social Services Employee; DOE 3, Unknown South Carolina Department of Social Services Employee

       Defendants

_____

No. 13-2182
(2:13-cv-01303-DCN)

_____

M. C., a minor by and through his parents Pamela Crawford and John Mark

Crawford, parental natural guardian Pamela Crawford, parental natural guardian John Mark Crawford

   Plaintiff - Appellee

v.

KIM AYDLETTE; MEREDITH WILLIAMS; CANDICE DAVIS, a/k/a Candi Davis; MARY SEARCY

   Defendants - Appellees

and

DR. JAMES AMRHEIN; DR. IAN AARONSON; DR. YAW APPIAGYEI-DANKAH; DOE 1, Unknown South Carolina Department of Social Services Employee; DOE 2, Unknown South Carolina Department of Social Services Employee; DOE 3, Unknown South Carolina Department of Social Services Employee

   Defendants

------------------------

No. 13-2183
(2:13-cv-01303-DCN)

------------------------

M. C., a minor by and through his parents Pamela Crawford and John Mark Crawford, parental natural guardian Pamela Crawford, parental natural guardian John Mark Crawford

   Plaintiff - Appellee

v.

DR. IAN AARONSON; DR. YAW APPIAGYEI-DANKAH

   Defendants - Appellants

and

DR. JAMES AMRHEIN; KIM AYDLETTE; MEREDITH WILLIAMS;
CANDICE DAVIS, a/k/a Candi Davis; MARY SEARCY; DOE 1, Unknown South
Carolina Department of Social Services Employee; DOE 2, Unknown South
Carolina Department of Social Services Employee; DOE 3, Unknown South
Carolina Department of Social Services Employee

           Defendants

_____

O R D E R

_____

The court consolidates Case No. 13-2178(L) with Case No. 13-2182 and Case No. 13-2183. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

           For the Court--By Direction

           /s/ Patricia S. Connor, Clerk