## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | |
|---|---|
| M.C., a minor by and through his parents Pamela Crawford and John Mark Crawford,<br><br>    Plaintiffs,<br><br>v.<br><br>Dr. Ian Aaronson, Dr. James Amrhein, Dr. Yaw Appiagyei-Dankah, Kim Aydlette, Meredith Williams, Candice "Candi" Davis, Mary Searcy, and Doe #1, Doe #2, and Doe #3, Unknown South Carolina Department of Social Services Employees<br><br>    Defendants. | Civil Action No.: 2:13-cv-01303-DCN<br><br><br>**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID DINIELLI ON BEHALF OF DEFENDANTS AYDLETTE, WILLIAMS, DAVIS AND SEARCY** |

  Defendants Aydlette, Williams, Davis and Searcy file this response in opposition to Plaintiffs' latest motion for *pro hac vice* admission of an out-of-state attorney. Plaintiffs' motion, ECF Docket Entry #85, requests the admission of yet another attorney employed by the Southern Poverty Law Center, David Dinielli.

  These Defendants previously did not oppose a limited number of *pro hac vice* attorneys being admitted for this case, but Plaintiffs' most recent motion is to add what would be the eighth lawyer for Plaintiffs. These Defendants object to the appearance of an eighth attorney and further reserve their objection to any attempt to collect attorney's fees where multiple attorneys bill time for duplicative or redundant work, if Plaintiffs were to prevail in this case. Being that three other Southern Poverty Law Center attorneys who appear to be capable to represent Plaintiffs have already appeared, admission of Mr. Dinielli would be redundant.

For the reasons stated above, Defendants Aydlette, Williams, Davis and Searcy respectfully request that the Court deny Plaintiffs' motion for *pro hac vice* admission (ECF Docket Entry #85).

                                        DAVIDSON & LINDEMANN, P.A.

                                        *s/William H. Davidson, II*
                                        WILLIAM H. DAVIDSON, II, #425
                                        DAVID A. DeMASTERS, #11389
                                        1611 Devonshire Drive, 2nd Floor
                                        Post Office Box 8568
                                        Columbia, South Carolina 29202-8568
                                        wdavidson@dml-law.com
                                        ddemasters@dml-law.com
                                        T: 803-806-8222
                                        F: 803-806-8855

                                        ATTORNEYS FOR DEFENDANTS AYDLETTE,
                                        WILLIAMS, DAVIS AND SEARCY

COLUMBIA, SOUTH CAROLINA

OCTOBER 10, 2013