

BARBARA WYNNE SHOWERS
*Partner*
*(SC, PA, NJ, TN)*
**DIRECT DIAL:** (843) 577-1207
**EMAIL:** barbara.showers@Hoodlaw.com

October 25, 2013

***Via ECF Filing***
Judge David C. Norton
U.S. District Court
P.O. Box 835
Charleston, SC 29402

Re: M.C., a minor by and through his parents Pamela Crawford and John Mark Crawford v. Dr. Ian Aaronson, Dr. James Amrhein, Dr. Yawappiagyei-Dankah, Kim Aydlette, Meredith Williams, Candice "Candi" Davis, Mary Searcy, and Doe #1, Doe #2, and Doe #3, Unknown South Carolina Department of Social Services Employees
C/A No. 2:13-cv-01303-DCN, USDC
HLF File No. 1.180

Dear Judge Norton:

I am writing to advise the Court that Jeffrey M. Bogdan, Esquire, who is listed as counsel for the Defendants, Dr. Ian Aaronson and Dr. Yaw Appiagyei-Dankah in the above-referenced matter is no longer associated with this law firm. I am writing to respectfully request that he be removed from notices on this matter.

Thank you for your time and consideration of this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Kind regards,

Yours truly,

**s/ Barbara Wynne Showers**

Barbara Wynne Showers

BWS/sam
cc: Kenneth M. Suggs, Esquire (*via ECF filing*)
William H. Davidson, II, Esquire (*via ECF filing*)
J. Ben Alexander, Esquire (*via ECF filing*)

172 Meeting Street, Charleston, SC  29401
*Phone: (843) 577-4435  •  Fax: (843) 722-1630  •  Email: Info@hoodlaw.com*
www.hoodlaw.com